# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2092
Lower Tribunal No. 17-CA-002698

_____

KACEY CHIDDISTER,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

March 19, 2024

PER CURIAM.

   AFFIRMED.

NARDELLA, MIZE and BROWNLEE, JJ., concur.


Lelia M. M. Schleier, Stacie J. Schmerling, and Howard M. Talenfeld, of Justice for Kids, a division of Kelley Kronenberg, Fort Lauderdale, and Michael A. Bernstein, of Michael A. Bernstein, P.A., Fort Lauderdale, and Richard A. Filson, of Filson & Penge, P.A., Sarasota for Appellant.

William O. Kratochvil and Joseph D. Bootka, of Vernis & Bowling of Southwest Florida, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED